**Justin Herman ARNESON, Appellant, v. STATE, Appellee.**

**No. 26756.**

Court of Criminal Appeals of Texas.

Nov. 4, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is felony theft, with punishment assessed at two years in the penitentiary.

Appellant has filed his affidavit requesting the dismissal of his appeal.

Accordingly, the appeal is dismissed.

Opinion approved by the Court.